UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

**FILED**
OCT 1 0 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 4:18CR836 CDP/SPM ) |
| DEVANTA GALLON and JAMAR COLEMAN, | ) ) ) ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including June 2018, with the exact dates unknown, within the Eastern District of Missouri and elsewhere, the defendants,

**DEVANTA GALLON and
JAMAR COLEMAN,**

did knowingly and willfully conspire, combine, confederate and agree together with each other and persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846; and punishable under Title 21, United States Code, Sections 841(b)(1)(D) and 846.

## COUNT TWO

The Grand Jury further charges that:

On or about June 4, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**DEVANTA GALLON and
JAMAR COLEMAN,**

the defendants herein, did knowingly and intentionally possess, with the intent to distribute, Marijuana, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT THREE

The Grand Jury further charges that:

On or about June 4, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**DEVANTA GALLON and
JAMAR COLEMAN,**

the Defendants herein, acting together, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, conspiring to possess with the intent to distribute one or more controlled substances as set forth in Count One.

In violation of Title 18, United States Code, Sections 2(a) and 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

The Grand Jury further charges that:

On or about June 4, 2018, in the County of St. Louis, within the Eastern District of Missouri,

## DEVANTA GALLON,

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms and ammunition, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One; the defendants shall forfeit to the United States of America any property, constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation(s) and any property used or intended to be used, in any manner or part to commit or to facilitate the commission of such violation(s).

2.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense of Title 18, United States Code, Sections 922 or 924 as set forth in Counts Two and Three, the defendants shall forfeit to the United States of America any firearm or ammunition involved in, used or intended to be used in said violation(s).

3. Specific property subject to forfeiture includes, but is not limited to, the following:

a) $13,634.00 in United States currency;

b) One Glock make, 19 model, 9 mm Luger caliber semi-automatic pistol, bearing serial number ACLC697;

c) One Sig Sauer make, P226 model, .40 caliber semi-automatic pistol, bearing serial number U680872;

d) Various calibers of ammunition and firearms magazines.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

J. CHRISTIAN GOEKE (#39462MO)
Assistant United States Attorney